**COURTROOM DEPUTY MINUTES**  DATE: 9-14-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: _____

- [x] **INITIAL APPEARANCE**          Jimmy Dickens - Reporter
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql

CASE NO. 2:05mj112-B: 02          DEFT. NAME: Julio Cesar MOSQUERA

USA: Brunson          ATTY: Petersey

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO  ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does ____ does NOT need an interpreter

Interpreter present ____ NO ✓ YES   NAME: Beverly Childress

---

- [x] kars — Date of Arrest _____ or [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [ ] — Requests appointed Counsel   [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted — **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [x] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
- [ ] — [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed