IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 2:05-mj-0112-B |
| ) | |
| LUIS F. ACOSTA-VAZQUEZ and ) | |
| JULIO CESAR MOSQUERA ) | |

## ORDER

**It is ORDERED** that the *Government's Motion for Detention Hearing* (Doc. 5, filed September 14, 2005) is **GRANTED, and** the defendants' *oral motions for preliminary hearings*, each made at their scheduled initial appearances on September 14, 2005, are **GRANTED.**

Accordingly, defendants' preliminary and detention hearings are scheduled at **2:30 p.m. on Wednesday, September 21, 2005, in District Courtroom 4A, with an interpreter and court reporter**. Pending these hearings, the defendants will be held in the custody of the United States Marshal and produced for the hearings.

Done this 15th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE