IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:05-mj-0112-B** |
| | ) | |
| | ) | |
| **JULIO CESAR MOSQUERA** | ) | |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW** Michael J. Petersen, Attorney at Law and accepts his appointment, pursuant to the Criminal Justice Act, to represent Julio Cesar Mosquera in the above-styled matter, and files this his notice of appearance as Counsel for the Defendant, Julio Cesar Mosquera, and requests any and all pleadings and court notices be forwarded to him in this matter at the address listed below.

**RESPECTFULLY SUBMITTED** this the 21st day of September 2005.

> s/Michael J. Petersen
> MICHAEL J. PETERSEN
> Alabama Bar No.: ASB-5072-E48M
> Attorney for Julio Cesar Mosquera
> Petersen Law Office, LLC.
> 631 South Perry Street
> Montgomery, AL 36104
> Telephone: (334) 269-1506
> Fax: (334) 269-1505
> E-mail: mich248@bellsouth.net

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                  ) | CR. NO. 2:05-mj-0112-B |
| ) | |
| ) | |
| JULIO CESAR MOSQUERA         ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kent Brunson, Esq.
>Assistant U.S. Attorney
>PO Box 97
>Montgomery, AL 36101-0197

>s/Michael J. Petersen
>Michael J. Petersen
>Alabama Bar No.:  ASB-5072-E48M
>Attorney for Julio Cesar Mosquera
>Petersen Law Office, LLC.
>631 South Perry Street
>Montgomery, AL 36104
>Telephone: (334) 269-1506
>Fax: (334) 269-1505
>E-mail: mich248@bellsouth.net