IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-mj-0112-B |
| | ) | |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

### MOTION TO WITHDRAW AS APPOINTED COUNSEL

**COMES NOW** Michael J. Petersen, Attorney at Law and moves this Honorable Court to allow him to withdraw as counsel for the defendant, Julio Cesar Mosquera in the above-styled matter, and for reasons would state, to wit:

1. Counsel was appointed at the Initial Arraignment by this Court, pursuant to the Criminal Justice Act to represent the defendant at that appearance and to continue representation of the defendant should the defendant not obtain other counsel.

2. Pursuant to the Criminal Justice Act, Richard Keith, Esq. has been appointed to represent the defendant in any other matters before this Court in the above-styled case.

**WHEREFORE**, the premises considered, and as the undersigned Counsel's services are no longer required by the defendant, Counsel prays this Honorable Court for an Order allowing Counsel to withdraw and for any other and further relief deemed proper by this Honorable Court.

**RESPECTFULLY SUBMITTED** this the 23rd day of September 2005.

**s/Michael J. Petersen**
MICHAEL J. PETERSEN
Alabama Bar No.:  ASB-5072-E48M
Attorney for Julio Cesar Mosquera
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-mj-0112-B |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kent Brunson, Esq.
> Assistant U.S. Attorney
> PO Box 97
> Montgomery, AL 36101-0197

> s/Michael J. Petersen
> Michael J. Petersen
> Alabama Bar No.:  ASB-5072-E48M
> Attorney for Julio Cesar Mosquera
> Petersen Law Office, LLC.
> 631 South Perry Street
> Montgomery, AL 36104
> Telephone: (334) 269-1506
> Fax: (334) 269-1505
> E-mail: mich248@bellsouth.net