IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-mj-0112-B |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

**ORDER ON MOTION**

Pursuant to the *Motion to Withdraw as Appointed Counsel* (Doc. 21, filed September 23, 2005), it is

**ORDERED** that the Motion is **GRANTED**.

Done this 26th day of September, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE