IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:05-mj-112-B |
| ) | |
| JULIO CESAR MOSQUERA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as Court appointed counsel representing Julio Cesar Mosquera, in the above-styled cause.

Respectfully submitted this 4th day of October, 2005.

                                              s/ Richard K. Keith
                                              **RICHARD K. KEITH  (KEI003)**
                                              Attorney for Defendant
                                              **KEITH & HAMM, PC**
                                              235 South McDonough St.
                                              Montgomery, AL  36104
                                              Telephone:  (334) 264-6776
                                              Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**